No. 852. EL DIA INSURANCE COMPANY, PETITIONER, *v.* WILLIAM S. SINCLAIR. February 28, 1916. Petition for

a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wendell P. Barker* for the petitioner. *Mr. William Otis Badger, Jr.,* for the respondent.